UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LUTHER SPENCER, etc.,

    Plaintiff,

vs.                            CASE NO. 3:08-cv-1101-J-25HTS

SHANDS JACKSONVILLE, etc.,

    Defendant.

**REPORT AND RECOMMENDATION**[1]

On November 18, 2008, Plaintiff filed his complaint (Doc. #1; Complaint) and Affidavit of Indigency (Doc. #2). Having "determined at least part of the suit may be subject to dismissal[,]" Order (Doc. #5; Order), entered on December 4, 2008, at 1, the Court provided Plaintiff with an opportunity to submit an amended complaint. *Id.* at 6-7. Mr. Spencer was cautioned that unless he did so within ten days it might be recommended "that this action be dismissed for lack of prosecution[.]" *Id.* at 7. Plaintiff neglected to amend the Complaint, and on January 5, 2009, the Court entered an Order (Doc. #6; Show Cause Order) directing him "to show cause within ten (10) days . . . why it should not be recommended this case be dismissed for failure to prosecute." Show

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within ten (10) days after service of this document. Failure to timely object shall bar the party from a *de novo* determination by a district judge and from attacking factual findings on appeal.

Cause Order (capitalization and emphasis omitted). As of this date, Plaintiff has not responded to either the Order or the Show Cause Order.

Accordingly, it is recommended this action be dismissed for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.

**DONE AND ENTERED** at Jacksonville, Florida, this 26th day of January, 2009.

/s/ Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

The Honorable Henry Lee Adams, Jr.
United States District Judge

Counsel of record
    and pro se parties, if any