UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**LUTHER SPENCER**, etc.,

    Plaintiff,

v.                              CASE NO. 3:08-cv-1101-J-25HTS

**SHANDS JACKSONVILLE**, etc.,

    Defendant.

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Dkt. 7) recommending that this case be dismissed pursuant to Local Rule 3.10(a), M.D.Fla., for failure to prosecute. The Plaintiff previously has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections. No objections have been filed.

Upon consideration of the Report and Recommendation of the Magistrate Judge, and upon this Court's review of the record, the Court finds that the Report and Recommendation should be adopted. Accordingly, it is,

**ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation (Dkt. 7) is adopted and incorporated by reference in this Order.

2. This action is **DISMISSED** for failure to prosecute. The Clerk is directed to close

this case.

**DONE AND ORDERED** at Jacksonville, Florida this 25 day of February, 2009.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
*Pro Se* Plaintiff